UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

ALVIN LAMAY HARRIS,           )
                              )
        Plaintiff,            )
                              )
    v.                        )   Case No.4:11-CV-1815-JCH
                              )
ELIZABETH HOGAN, et al.,      )
                              )
        Defendants.           )

**MEMORANDUM AND ORDER**

This matter is before the Court upon review of plaintiff's motion for leave to proceed in forma pauperis and notification of a change of address [Doc. #11].

Plaintiff filed the instant action on October 17, 2011, when he was incarcerated at the St. Louis City Justice Center ("SLJC"). Plaintiff's new address, however, indicates that he has been released from prison [Doc. #11]. Given that plaintiff is no longer incarcerated, the Court will grant him twenty (20) days in which to submit a "Financial Affidavit - CJA 23" or to pay the filing fee, as set forth below.

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that the Clerk of Court shall provide plaintiff with the court form entitled "Financial Affidavit - CJA 23."

**IT IS FURTHER ORDERED** that plaintiff shall have twenty (20) days from the date of this Order to pay the statutory filing fee of $350.00 or to submit a fully completed and signed "Financial Affidavit - CJA 23."

**IT IS FURTHER ORDERED** that if, within twenty (20) days from the date of this Order, plaintiff fails to pay the filing fee or fails to submit a fully completed and signed "Financial Affidavit - CJA 23," the case shall be dismissed, without prejudice.

**IT IS FURTHER ORDERED** that, if plaintiff timely submits a "Financial Affidavit - CJA 23," the Clerk shall cause this case to be resubmitted to the Court for review under 28 U.S.C. § 1915.[1]

Dated this 27th  day of February, 2012.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**

---

[1] If plaintiff pays the filing fee, he will be responsible for serving the summons and complaint upon the defendants.  See Fed. R. Civ. P. 4(d).  Service must be made within 120 days of the filing of the complaint (in the instant case, within 120 days of the payment of the filing fee). See Fed. R. Civ. P. 4(m).  Plaintiff is advised that he may seek guidance on serving the defendants from the Office of the Clerk.